```
                UNITED STATES  DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA


GLORIA JUSTIN, ET AL                    CIVIL ACTION

VERSUS                                  NUMBER: 12-715

GREYHOUND LINES INC                     SECTION: "I"(5)
```

This Court has been advised that the above-captioned case has settled.  The U.S. Magistrate Judge and counsel are thanked for their assistance.

New Orleans, Louisiana, this 13th day of November, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE