UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**GLORIA JUSTIN, ET AL.**                                                                                    **CIVIL ACTION**

**VERSUS**                                                                                                              **No. 12-715**

**GREYHOUND LINES, INC., ET AL.**                                                                 **SECTION I**

## ORDER OF DISMISSAL

Considering the motion[1] to dismiss with prejudice,

**IT IS ORDERED** that the motion is **GRANTED**. The above-captioned action against defendants, Greyhound Lines, Inc. and National Union Fire Insurance Company of Pittsburgh, Pennsylvania, including all claims which were or could have been asserted by plaintiffs, are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, December 13, 2012.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 17.

1